IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN GLEN RIKARD,

    Petitioner,                    No. CIV S-07-1867 WBS DAD P

    vs.

ANTHONY HEDGPETH, Warden,

    Respondent.                ORDER

_____/

        Petitioner has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of February 28, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 27, 2008 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: April 3, 2008.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD/9/bb
rika1867.111ifp