1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9  KEVIN GLEN RIKARD,
10          Petitioner,                    No. CIV S-07-1867 WBS DAD P
11      vs.
12 ANTHONY HEDGPETH, Warden,
13          Respondent.                    ORDER
14 _____/
15          Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas
16 corpus pursuant to 28 U.S.C. § 2254.  In accordance with this court's February 28, 2008 order,
17 petitioner has also filed a request to proceed in forma pauperis.
18          Examination of the affidavit reveals petitioner is unable to afford the costs of this
19 action.  Accordingly, leave to proceed in forma pauperis is granted.  28 U.S.C. § 1915(a).
20          Petitioner originally filed his petition with the United States Court of Appeals for
21 the Ninth Circuit.  The Court of Appeals then transferred the case to this court.  Petitioner is
22 advised that the court requires all petitions for writ of habeas corpus be filed on the proper form,
23 which will be provided by this court.  Furthermore, although petitioner may submit a separate
24 memorandum to support his petition for relief, the court's application form must contain all
25 relevant claims, and must provide the court with all necessary information.  Petitioner is hereby
26 notified that for this court to review his petition, he must refile it on the proper form.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's petition for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

2. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: April 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rika1867.115