IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN GLEN RIKARD,

    Petitioner,                    No. CIV S-07-1867 WBS DAD P

    vs.

ANTHONY HEDGPETH, Warden,

    Respondent.              <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of April 16, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 12, 2008 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file an amended petition.

DATED: May 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
rika1867.111amp