IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN GLEN RIKARD,** | CIV S-07-1867 WBS DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **ANTHONY HEDGPETH,** | |
| Respondent. | |

Respondent has requested an extension of time to file a responsive pleading in this matter. Good cause appearing, IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including September 29, 2008.

DATED: September 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rika1867.111