IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GLEN RIKARD,<br><br>　　　　　　　　Petitioner,<br><br>　　vs.<br><br>ANTHONY HEDGEPATH, Warden,<br><br>　　　　　　　　Respondent. | No. 2:07-cv-01867-JKS<br><br>ORDER<br>[Re:  Motion at Docket No. 30] |

　　　　Kevin Glen Rikard, a state prisoner proceeding *pro se*, has filed a Motion for Appointment of Counsel at Docket No. 30.  The record reflects that Rikard currently has an appeal pending from the Judgment of this Court before the Court of Appeals for the Ninth Circuit, case No. 10-15123.  A review of the electronic docket in that case indicates that Rikard submitted a similar motion to the Court of Appeals, which denied the motion on February 17, 2012.  The notice of appeal divested this Court of jurisdiction over this proceeding and vested it in the Court of Appeals.[1]  Accordingly, this Court having no further jurisdiction,

　　　　**IT IS THEREFORE ORDERED THAT** the Motion for Appointment of Counsel at Docket No. 30 is **DENIED**.

　　　　Dated:  March 12, 2012.

/s/ James K. Singleton, Jr.　　　　
JAMES K. SINGLETON, JR.
United States District Judge

---

[1] *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982).